**Order entered March 3, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01330-CV

### IN RE BILLY JOE CAMPBELL, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81619-2012**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** this original proceeding.

/s/     DAVID L. BRIDGES
        JUSTICE